UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS  DIVISION

UNITED STATES OF AMERICA,     )
    )
          Plaintiff,    )
    )
    vs.    )     Cause Nos.     1:05-cr-0209-01 (B/F)
    )
ARTEMAS BOYD,    )
    )
          Defendant.    )

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Kennard P. Foster's Report and Recommendation that

Artemas Boyd's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1)

*Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now  approves and

adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of

imprisonment of one year and one day, in the custody of the Attorney General.  Said sentence is to

be served consecutively to his Marion County, Indiana sentence.  It is recommended that Mr. Boyd

be designated by the Attorney General of the United States and the Bureau of Prisons to a federal

correctional institution nearest to Indianapolis, Indiana.  Further, as an additional condition of his

supervised release, upon conclusion of his confinement, defendant will participate in an appropriate

anger treatment and/or counseling program, as directed by the United States Parole and Probation

officer.  Upon Mr. Boyd's release from confinement, he will be subject to 12 months of supervised

release, under the same conditions imposed at sentencing.  Defendant will also be subject to the search of his person and residence while on supervised release.

SO ORDERED

Date:  10/25/2011

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Winfield Ong,
Assistant U. S. Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204

William Marsh,
Office of Indiana Federal Community Defender
111 Monument Circle, #752
Indianapolis,   IN 46204

U. S. Parole and Probation

U. S. Marshal